UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* ERMA LEE, | ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 4:19-CV-00412-P |
| v. | ) ) | |
| TARRANT COUNTY HOSPITAL DISTRICT d/b/a JPS HEALTH NETWORK, | ) ) ) ) | **DEMAND FOR JURY TRIAL** |
| Defendant. | ) ) | |

### RELATOR'S NOTICE OF INITIAL DISCLOSURES

Relator Erma Lee files this notice that she served her mandatory initial disclosures on Defendant on November 4, 2020, pursuant to the Court's October 13, 2020 Order (ECF No. 45). Relator's initial disclosures included the production of documents pursuant to Federal Rule of Civil Procedure 26(a)(1).

1

| | |
|---|---|
| November 4, 2020 | Respectfully submitted,<br>**REESE MARKETOS LLP**<br><br>By: /s/ *Joshua M. Russ*<br>  Joshua M. Russ<br>  Texas Bar No. 24074990<br>  josh.russ@rm-firm.com<br>  Joel W. Reese<br>  Texas Bar No. 00788258<br>  joel.reese@rm-firm.com<br>  Brett S. Rosenthal<br>  Texas Bar No. 24080096<br>  brett.rosenthal@rm-firm.com<br>750 N. Saint Paul St., Suite 600<br>Dallas, Texas 75201-3201<br>Telephone: (214) 382-9810<br>Facsimile:  (214) 501-0731<br><br>**RACHEL V. ROSE – ATTORNEY AT LAW, PLLC**<br><br>By: /s/ *Rachel V. Rose*<br>  Rachel Veronica Rose<br>  Texas Bar No. 24074982<br>  rvrose@rvrose.com<br>P.O. Box 22718<br>Houston, Texas 77227<br>Telephone: (713) 907-7442<br>Facsimile:  (855) 558-1745<br><br>**WATERS & KRAUS, LLP**<br><br>By: /s/ *Charles S. Siegel*<br>  Charles S. Siegel, Esq.<br>  Texas State Bar No. 18341875<br>  csiegel@waterskraus.com<br>  Taryn E. Ourso, Esq.<br>  Texas State Bar No. 24107315<br>  tourso@waterskraus.com<br>3141 Hood Street, Suite 700<br>Dallas, Texas 75219<br>214-357-6244 (Telephone)<br>214-357-7252 (Facsimile)<br><br>**ATTORNEYS FOR RELATOR** |

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that the foregoing was served on counsel of record in this matter on November 4, 2020 via the Court's electronic filing system.

                                            */s/ Joshua M. Russ*
                                            Joshua M. Russ