UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ERMA LEE,<br><br>        Plaintiffs,<br><br>v.<br><br>TARRANT COUNTY HOSPITAL<br>DISTRICT d/b/a JPS HEALTH<br>  NETWORK,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:19-CV-00412-P<br>)<br>)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO STAY PROCEEDINGS FOR THIRTY DAYS**

Relator and JPS respectfully submit this Notice of Settlement in Principle and Motion to Stay to advise the Court that the Parties have reached a settlement in principle. Following mediation on June 23, 2021, the Parties have agreed to principle terms to settle this action, which remain subject to final approval by the United States and JPS's Board. The Parties anticipate that final approval will take approximately thirty (30) days. Therefore, the Parties respectfully request that the Court stay all proceedings and deadlines in this action for thirty days to allow the Parties time to obtain final approvals, finalize settlement papers, and execute the same. In the event final settlement is reached, the Parties will notify the Court so this matter can be closed.

June 25, 2021                                    Respectfully submitted,

**REESE MARKETOS LLP**

By: */s/ Joshua M. Russ*
    Joshua M. Russ
    Texas Bar No. 24074990
    josh.russ@rm-firm.com
    Joel W. Reese
    Texas Bar No. 00788258
    joel.reese@rm-firm.com
    Brett S. Rosenthal
    Texas Bar No. 24080096
    brett.rosenthal@rm-firm.com
    Allison N. Cook
    Texas Bar No. 24091695
    allison.cook@rm-firm.com
750 N. Saint Paul St., Suite 600
Dallas, TX 75201-3201
Telephone: (214) 382-9810
Facsimile:  (214) 501-0731

**RACHEL V. ROSE – ATTORNEY AT LAW, PLLC**

By: */s/ Rachel V. Rose*
    Rachel Veronica Rose
    Texas Bar No. 24074982
    rvrose@rvrose.com
P.O. Box 22718
Houston, TX 77227
Telephone: (713) 907-7442
Facsimile:  (855) 558-1745

**WATERS & KRAUS, LLP**

By: */s/ Charles S. Siegel*
    Charles S. Siegel, Esq.
    Texas State Bar No. 18341875
    csiegel@waterskraus.com
3141 Hood Street, Suite 700
Dallas, TX 75219
214-357-6244 (Telephone)
214-357-7252 (Facsimile)

COUNSEL FOR RELATOR

BRADLEY ARANT BOULT CUMMINGS, LLC

By: /s/ Jason P. Mehta
   Gene R. Besen
   Texas Bar No. 24045491
   gbesen@bradley.com
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
214-939-8700 (Telephone)
214-939-8787 (Facsimile)

   Jason Paul Mehta, Esq.
   Florida Bar No. 120126
   jmehta@bradley.com
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602
813-559-5500 (Telephone)
813-229-5954 (Facsimile)

COUNSEL FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing was served on counsel in this matter on June 25, 2021, via the Court's electronic filing system.

    /s/ Joshua M. Russ
    Joshua M. Russ