# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* ERMA LEE, <br><br>  Plaintiffs, <br><br> v. <br><br> TARRANT COUNTY HOSPITAL DISTRICT d/b/a JPS HEALTH NETWORK, <br><br>  Defendant. | Case No. 4:19-CV-00412-P <br><br> DEMAND FOR JURY TRIAL |

### [PROPOSED] ORDER STAYING PROCEEDINGS AND DEADLINES FOR THIRTY DAYS

The Court has before it the Parties' Joint Notice of Settlement in Principle and Motion to Stay Proceedings for Thirty Days. The Court has considered the motion and finds good cause to stay this action, including all pending deadlines.

The Court therefore **GRANTS** the Parties' motion and **ORDERS** the Parties to file a notice on or before July 26, 2021, advising the Court as to the status of settlement.

SO ORDERED on this _____ day of June, 2021.

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE