IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ERMA LEE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00412-P |
| TARRANT COUNTY HOSPITAL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Parties' Joint Notice of Settlement in Principle and Motion to Stay Proceedings for Thirty Days. ECF No. 72. Having reviewed the Motion, docket entries, and applicable law, the Court finds that the Motion should be and is hereby **GRANTED.** Therefore, it is **ORDERED** that this case and all pending deadlines are **STAYED** for 30 days to allow Parties time to obtain final approval of the settlement detailed in the Motion. It is further **ORDERED** that Parties shall file a joint report detailing the status of settlement **on or before July 26, 2021.**

**SO ORDERED** on this **29th day** of **June, 2021.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE