IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* ERMA LEE,<br><br>    Plaintiffs,<br><br>v.<br><br>TARRANT COUNTY HOSPITAL<br>DISTRICT d/b/a JPS HEALTH NETWORK,<br><br>    Defendant. | Civil Action No. 4:19-cv-00412-P |

## [PROPOSED] ORDER OF DISMISSAL

Relator Erma Lee (Relator) and Defendant Tarrant County Hospital d/b/a JPS Health Network (JPS) (together, the Parties) submitted a joint stipulation to dismiss this action. The United States of America through the United States Department of Justice (United States) has concurred with the requested dismissal of this action against JPS.

The Parties and the United States have made their respective joint stipulation to dismiss this action, and its concurrence, pursuant to: Rule 41(a)(1) of the Federal Rules of Civil Procedure; the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1); and subject to the terms of the Settlement Agreement dated August 17, 2021 between the Parties and the United States.

THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed as to JPS as follows:

1. The United States' claims under the False Claims Act, 31 U.S.C. §§ 3729–

3733 against JPS are dismissed with prejudice as to the United States only for the Covered Conduct as described in the Settlement Agreement. All other claims of the United States brought in this action against JPS are dismissed without prejudice as to the United States.

2. All of Relator's claims brought in this action against JPS are dismissed with prejudice as to the Relator.

3. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: _____                    _____

UNITED STATES DISTRICT JUDGE