IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. ERMA LEE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00412-P |
| TARRANT COUNTY HOSPITAL DISTRICT d/b/a JPS HEALTH NETWORK, | § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a). In accordance with the Order granting the Joint Stipulation to Dismiss (ECF No. 78):

It is **ORDERED, ADJUDGED, and DECREED** that all of Relator Erma Lee's claims in this civil action against Defendant Tarrant County Hospital District d/b/a JPS Health Network should be, and hereby are, **DISMISSED with prejudice.**

It is further **ORDERED, ADJUDGED, and DECREED** that the United States' claims under the False Claims Act, 31 U.S.C. §§ 3729–3733 against Tarrant County Hospital District d/b/a JPS Health Network should be, and hereby are, **DISMISSED with prejudice** for the Covered Conduct as described in the Settlement Agreement. All other claims of the United States brought in this civil action against Tarrant County Hospital District d/b/a JPS Health Network are **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **18th day** of **August, 2021.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE